UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NVIDIA CORPORATION,

        Plaintiff,

-against-

SCANNER TECHNOLOGIES CORPORATION,

        Defendant.

08-cv-8102-PAC
09-cv-7014-PAC
10-cv-0603-PAC
(consolidated)

**THIRD JOINT STATUS REPORT**

---

      Plaintiff NVIDIA Corporation ("NVIDIA") and Defendant Scanner Technologies Corporation ("Scanner"), by and through their undersigned counsel, submit this Third Joint Status Report pursuant to the instructions of the Court as set forth in its July 22, 2010 Order in Case No. 08-cv-8102-PAC (Dkt. No. 51).

      On July 22, 2010, this Court ordered the consolidation of Case Nos. 08-cv-8102, 09-cv-7014, and 10-cv-0603 (the "NVIDIA consolidated actions") and instructed counsel for the Parties to file a joint status report every six months thereafter detailing the status of these NVIDIA Consolidated Actions, the status of the ICOS Actions, and the prospect of any resolution of the matters.

      The Parties filed their first and second Joint Status Reports on January 24, 2011 and July 25, 2011, respectively.

      In this third Joint Status Report, the Parties now report that the NVIDIA consolidated actions and Case Nos. 08-cv-8142 and 09-cv-6920 remain stayed and that with regard to Case No. 10-cv-0604, oral argument on the ICOS plaintiffs' summary judgment motion based on implied license by legal estoppel and prosecution laches will be heard by this Court at 4:30 p.m. on February 9, 2012.  The Parties do not anticipate engaging in further settlement discussions

prior to oral argument and receipt of the Court's ruling on the ICOS plaintiffs' summary judgment motion.

/ / /

/ / /

Dated:  January 25, 2012					Respectfully submitted,

							_____/s/__Paul R Gupta_____
							Paul R.Gupta
							pgupta@orrick.com
							Clifford R. Michel
							cmichel@orrick.com
							Orrick, Herrington & Sutcliffe LLP
							51 West 52nd Street
							New York, NY 10019
							Tel: (212) 506-5000

							I. Neel Chatterjee
							nchatterjee@orrick.com
							Monte M.F. Cooper
							mcooper@orrick.com
							Orrick, Herrington & Sutcliffe LLP
							1000 March Road
							Menlo Park, CA 94025
							Tel: (650) 614-7400

							Attorneys for Plaintiff NVIDIA Corporation


							_____/s/__Robert A. Huntsman_____
							Robert A. Huntsman
							law2011@huntsmanlg.com
							Huntsman Law Group, PLLC
							10400 Overland Road, #174
							Boise, ID 83709
							Tel:  (208) 860-4379
							Fax:  (208) 362-3723

							Jacqueline I. Meyer
							jmeyer@hodgsonruss.com
							Hodgson Russ LLP
							1540 Broadway
							New York, NY 10036
							Tel:  (212) 751-4300
							Fax:  (212) 751-0928

							Attorneys for Defendant Scanner Technologies Corporation

OHSEAST:161016869.1